| | | |
|---|---|---|
| CAAP–10–00 00176 | Ko v. Adamus | Affirmed |
| 30487 | Nagao v. State | Affirmed |
| 30507 | Scrivner v. State | Affirmed |
| 30414 | State v. Taumoepeau | Affirmed |
| 30271 | West v. State | Affirmed |

### December 7, 2011

| | | |
|---|---|---|
| 28774 | Mussack v. State | Affirmed |

### December 9, 2011

| | | |
|---|---|---|
| CAAP–10–00 00174 | Greenwell v. State | Affirmed |
| CAAP–11–00 00038 | State v. Stellflug | Vacated and Remanded |

### December 16, 2011

| | | |
|---|---|---|
| 29461 | Ryan v. Herzog | Dismissed, Affirmed; Vacated and Remanded |
| CAAP–10–00 00085 | State v. Oshiro | Affirmed and Remanded |

### December 20, 2011

| | | |
|---|---|---|
| CAAP–10–00 00183 | Eisermann v. State | Affirmed |

### December 21, 2011

| | | |
|---|---|---|
| 29195 | Heverly-Campbell v. Colony Surf, Ltd. | Affirmed |

### December 22, 2011

| | | |
|---|---|---|
| 29512 | Among v. Schwenker | Affirmed |

### December 27, 2011

| | | |
|---|---|---|
| CAAP–10–00 00158 | State v. Calarruda | Affirmed and Remanded |